UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TASHIBA N. RANSOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV414-274 |
| ) | |
| CHATHAM COUNTY et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

After four months of post-answer inactivity (which violated a Court order, *see* doc. 3, and Fed. R. Civ. P. 26(f)), the Court recently ordered plaintiff Tashiba Ransom to show cause no later than December 22, 2015 why this case should not be dismissed on abandonment grounds. Doc. 9. She never responded. This case, therefore, should be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); S.D. Ga. L.R. 41.1(c); *Taylor v. Augusta-Richmond Cty. Consol. Comm'rs*, 618 F. App'x 651, 651 (11th Cir. 2015) (affirming dismissal under Local Rule 41.1(b) for failure to comply with this Court's order requiring *pro se* plaintiff to respond to a motion to dismiss); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte*

dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir. 1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

**SO REPORTED AND RECOMMENDED**, this __4th__ day of January, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA